UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___ Audra L. Harris ___

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Cushman WAKefield, Inc

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/24/19

## I.    PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Audra                    L.          Harris
First Name            Middle Initial        Last Name

105     W.    17th St    #2F
Street Address

NY                              NY              10011
County, City                    State          Zip Code

917 912 52 15                  audra47@hotmail.com
Telephone Number              Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:        Cushman Wakefield, Inc
                    Name
                    1290 6th Ave
Address where defendant may be served
                    NY              NY      10104
County, City                    State          Zip Code

Defendant 2:
                    Name

Address where defendant may be served

County, City                    State          Zip Code

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                     State              Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

**LinkedIn**

Name **350    5th    Ave    3rd    Floor**

Address **NY**              **NY**                **10118**

County, City                     State              Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐  race:    _____

☐  color:    _____

☐  religion:    _____

☐  sex:    _____

☐  national origin:    _____

Page 3

☑ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☑ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:  **1966**_____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☑ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

Age Discrimination Title VII of the Civil Rights Act 1964
Age Discrimination in Employment Act of 1967 NYC HRL

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐   did not hire me

☐   terminated my employment

☐   did not promote me

☐   did not accommodate my disability

☐   provided me with terms and conditions of employment different from those of similar employees

☑   retaliated against me

☑   harassed me or created a hostile work environment

☐   other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I am a 56 year old female and a protected member of a protected class who was a target of habitual Age discrimination + endured a hostile work environment Ave to severe, persuasive + repeated daily Antagonizing, Jokes, ridicule, mockery, insults + a displaying of offensive pictures about my age which affected my mental health And physical health (See Attached)

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

I am a 56 year old female and a member of a protected class who was a target of habitual age discrimination and endured a hostile work environment due to severe, pervasive and repeated daily antagonizing jokes, ridicule, mockery, insults and a displaying of offensive pictures about my age which affected my mental health and physical health

On 4/17/22 I was interviewed via telephone by Jahlene Williams of Cushman Wakefield for an outsourced Receptionist position at LinkedIn NY

On 4/19/22 I was again interviewed via telephone/Zoom by Evelyn Franco and Kevin Steindler both of Cushman Wakefield.

On 4/20/22 I was offered the Reception position and I accepted

During the week of May 9, 2022, as I was interacting with a LinkedIn employee I responded, "My pleasure!" My colleague Flora Ho sarcastically smirked and snickered. I turned to her and asked, "What's so funny she replied, "You sound old fashioned"

A few weeks later near end of May a 3rd Receptionist was hired, Diana Puertas. She did not understand the role as Receptionist and Flora and I had to continuously do her job for her. Many Linkedin employees also complained about her incompetence

On or around June 1st, more negative comments were being made about me regarding my age. The Receptionist team was in charge of music to be played in the LinkedIn offices. Co worker Flora Ho made a comment, "You're too old to know about rap music!"

However many LinkedIn employees would compliment me on my eclectic music choices and my cool and excellent fashion, shoes and clothes. I noticed my Reception co workers would smirk or make unflattering noises every time a positive comment was made about me

Mid to late June, several comments would be made by Workplace Ambassador DJ Qualls, Jr. regarding my age.He would often state I was " too old" to know about music. I was "too old" to know about the "sneaker game" etc. I would have to continuously remind him not to comment about my age in the workplace because it made me feel extremely uncomfortable. He would always reply, "My bad!" And yet every chance he got he called me "old"

Around June 14th I began to reach out to my Supervisor Kevin Steindler asking to meet with him one on one. In one of our first in person meetings I asked him if I could be transferred to another location because my team continuously referred to me as being too old and making derogatory comments about my age almost everyday. And also that my colleagues weren't equipped to run the front desk

I also complained about Diana Puertas' shortcomings and the bad reviews she was receiving from the client LinkedIn. I told him it was a hostile work environment and it was stressing me out.

Throughout June into August I would continuously reach out to Kevin Steindler re the hostile work environment the bad treatment/age discrimination comments and incompetence of my colleagues Flora Ho Diana Puertas and DJ Qualls and Victor Navedo. He listened but would always say he would handle it but never did

Also throughout May June July, Manager Matt Pregman sat at Reception to monitor us and he saw firsthand how incompetent Diana Puertas was and the hostile environment I endured. Sometime around mid July, I would again sit with Kevin Steindler to complain about the hostile work environment, being called "old"and wanting to be transferred, to no avail

On July 20,2023, Diana Puertas made the comment, We can't make mistakes we have to always be perfect like "the old" one!"

On July 20th, LinkedIn employee Karen H. sent an email to LinkedIn Global Manager Merrit Tam praising me for my assistance. Merritt Tam praised me in an email and forwarded/cc'd the email to LinkedIn Founder Adam Ball, Kevin Steindler, Cushman Wakefield VP, Nick Rossini and Reception. Flora Ho blurted out, " I've been here longer than you and I never got an email like this.I want some praise". Kevin Steindler would also send an email to me directly praising me

When I began at LinkedIn, most LinkedIn employees had always come directly to my desk for help because they believed I was more competent, qualified and effective than my colleagues.

During mid July throughout August the stress took its toll so I began bringing treats, specialty foods from Wholefoods(cakes cookies chips guacamole etc to my colleagues to try to persuade them and hoping they would be nicer to me.

Sometime after that Cushman and Wakefield VIP Nick Rossini came to LinkedIn and while assisting him he said to me, "You are as good as they say!"

Sometime in August, our new Manager Will Mattocks started and I brought him up to speed re my colleagues continuously referring to me as old and the incompetence of Diana Puertas and all of the negative feedback and complaints she had received. I informed him that team members were coming to work high on (drugs) marijuana. He acknowledged that he saw at least one person high. I also told him I wanted to be transferred but he told me to let him get his foot in the door to try to make things better

Around mid or end of August I arrived at work at 7am to find a hand drawn picture of a palm tree left on my desk. When Flora Ho arrived at 8 am I asked her if she knew what it was. She replied" no" however when Diana Puertas arrived later, she admitted she had drawn the picture and left it on my desk. She stated, "it's an old shady palm tree like you!" I complained and showed the picture to Will Mattocks. To my knowledge, nothing was done because the negative comments and harassment continued

On or around September 5th I had won a 5 0 0 0 $ settlement. I was so happy I shared the news. My colleague Victor Naveda asked to borrow $2000 so that he could move into a new apt. I told him NO. He stated he'd pay me back with the money from his tax return. I replied, "no" again He was very angry

Shortly after that, on or around 9/11/22, Supervisor, Will Mattocks informed me HR was trying to reach me.I replied to Melaina Mazzatto of Cushman Wakefield HR on 9/12 and she stated some allegations were made against me re sexual exploits. A meeting was set up for 9/14

On 9/14/22 I spoke with Melaina and denied these false accusations stating they were lies. I also told her I had been complaining to Kevin Steindler about my colleagues calling me "old" and always making disparaging remarks about me and my age. I told her I was working in a hostile environment. She ignored

my "age discrimination complaint" and placed it secondary to the false allegations made against me. She never acknowledged my complaints about the daily attack on my age

Workplace Ambassador Arlene Collado whom I had previously confided in regarding my frustration of the continuous "old" comments had reached out to talk to me and when I left my meeting I saw her. I was distraught and angry and she automatically said(spontaneous utterance) "Oh you know? sorry I told them not to do it!"etc.

On or around 9 / 2 0 / 2 2 the investigation was concluded. I met with William Mattocks(in person) and Kevin Steindler via Zoom and I was given a final written warning. I asked to speak with Melaina Mazzatto's boss Mary Austin because did not believe the outcome was accurate.

HR Director, Mary Austin badgered me about the lies that were told. She like Melaina ignored the ageist "too old" comments made by my colleagues against me. She asked me the same questions 5 times trying to get a different answer from me but I never wavered, I was speaking the truth. My colleagues lied on me to try to get me fired because I didn't quit after they harassed and taunted me for several months calling me "old" and making references to my age.

After our meeting I was angry, shocked and distraught. The next day I called out sick for 2 days from the stress. I had to go to emergency due to heart issues. I had never ever had heart problems before.

On 9/22/22 upon my return to work everyone looked surprised to see me.Someone had also stolen my magazine and personal pens. Arlene Collado blurted out,"We didn't think you were returning!"

On or around 9/23/22 we had another weekly meeting. After I asked Supervisor Will Mattocks if he noticed the tension. He stated,"Yes I saw the negative energy that Flora was giving you. Don't worry when you're back from paris ( I was leaving for 2 months) there will be some changes. Some people won't be here!"

During my vacation I was continuously in contact with Will Mattocks stressing about my write up referring him to my colleagues Instagram pages that showed they were high on drugs at work etc

On or around 9/30/22, I received a reply email from Linked in Global Workplace Manager, Merritt Tam asking if I was leaving stating,"Please don't tell me you left Linkedin permanently? I was passing the desk wondering where's Audra"

On or around 11/4/22, Will Mattocks sent me an email advising me not to return to work on 11/7/22 but to call in for a zoom meeting with him and Mary Austin to discuss the final investigation to close it out

On 11/7 during zoom meeting I was fired

My colleagues who continuously called me old and subjected me to a hostile work environment with daily derogatory and negative comments, and one trying to extort money from me had lied on me because they hated that I was good at my job and that I had received an abundance of praise, yet I was continuously badgered about my age, as they thought I would just quit. I had asked my Supervisor Kevin Steindler on multiple occasions to have me transferred to another location but he would not transfer me because he knew I was very good at the front desk and I represented Cushman well.

Cushman Wakefields' HR Department heads Melaina Mazzatto and Mary Austin failed me by failing to investigate my complaints about the series of acts of age discrimination comments and the hostile work environment I endured.

I have collected documents emails text messages and pictures to prove my claim.  It was a daily hostile and traumatic work environment. A few months due to the stress of my firing I lost my hair. It started falling out and now I'm bald. A medical doctor and Dermatologist medical explanation was stress

I humbly ask this Court to exercise supplemental jurisdiction under 28 US Code 1367 and 1331 allow same nucleus of operative facts over 2 claims non Federal NYS Human Rights law and NYC Human Rights law both of which outlaw discrimination on the bases of age



## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  12|23|2022

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?  June 24, 2023

When did you receive the Notice?  June 29, 2023

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

I suffered anxiety, stress, high blood pressure, And hair loss to the point I went bald from stress - medical & permatolgist confirmed. I am seeking 1,000,000⁰⁰ in punitive damages, 500,000⁰⁰ for compensatory (special damages) And $69,770⁰⁰ back pay

Page 6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **520-2023-01088** |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Miss Audra L. Harris | 917-912-5215 | 1966 |

Street Address

105 west 17th street 2F

NEW YORK, NY 10011

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminate Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Cushman Wakefield | 501+ Employees | |

Street Address

350 Fifth Avenue

New York, NY 10118

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest / Latest |
| Age, Retaliation | 09/16/2022 / 09/16/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a 56-year-old African American female employed with the Respondent as a Receptionist from May 9, 2022, to November 7, 2022. At all times in my employment, I was highly regarded in my field and considered exceptionally qualified. On my first week someone asked me a question I helped them, they said thank you and I replied, "my pleasure." My coworker Flora Ho snickered, and I questioned her why. Flora stated that I said sounded old fashioned. On several occasions I was called "old" was when music was being played or speaking about fashion, etc. We as Reception were in charge of playing music and they would make a comment "you're too old to know good music"; "after your time" "people your age." When people would comment positively on my attire and shoes my co-workers would roll their eyes or snicker. The reception team would get annoyed when I continued to get praise from a Linkedin Manager. This manager had sent an email that a Linkedin employee had submitted to the Linkedin Founder and shared it with our Reception and ambassador team praising me about my professionalism and reception skills, that I had gone above and beyond. A Linkedin employee, on my behalf had submitted several positive write ups and Kevin Steindler stated I would receive gift cards as a reward. My coworker Flora Ho yelled out, "But I've been here longer than her, I do the same work." I believe this is why they lied to HR on me, they hated my accolades and always voiced that "I was a know it all." Fruit from the poisonous tree they wanted me out of there. DJ Qualls was also

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Miss Audra L. Harris**<br>12/23/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the be of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DAT *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br><br>FEPA | **520-2023-01088** |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

a coworker who constantly called me old. Diana Puertas left a picture of a palm tree on my desk and referred to me and it as "Old Shady Palm Tree" and everyone laughed. I alerted Kevin Steindler every time he flew into the NY office that it was a hostile environment and I wanted him to send me to another location. When William Mattocks started in August, I frequently complained to him, and he stated he saw some things that I had mentioned and noticed how Flora Ho glared at me and was rude to me during our weekly meetings. The original date Melaina Mazzotta of HR, reached out to me was 9/12/22. We spoke on 9/14/22 and I told her my colleagues always called me "old" and told her their false accusations were retaliatory and inflammatory. She continuously badgered me. After her disgusting write up, I asked for a review from someone higher up I spoke with Mary Austin on 9/23/22 and she was also rude, condescending and badgering towards me. I also told both, another coworker Victor had asked to borrow $2000, so that he could get an apartment. I told him no and he was angry. Due to this, I believe I was discriminated against by my employer when I was fired from my employment on November 7, 2022. Based on the above, I believe I was discriminated against in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Miss Audra L. Harris**<br><br>12/23/2022<br><br><div align="right">*Charging Party Signature*</div> | I swear or affirm that I have read the above charge and that it is true to the be of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DAT<br>(*month, day, year*) |

EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:   Miss Audra L. Harris
      105 West 17th street 2F
      NEW YORK, NY 10011

From:   New York District Office
        33 Whitehall St, 5th Floor
        New York, NY 10004

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2023-01088 | ANDREA MACANCELA, Investigator | 9295065351 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

*Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS \*of your receipt of this Notice.\* Otherwise, your right to sue based on the above-numbered charge will be lost.*

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.*

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Timothy Riera
06/28/2023

Enclosures(s)

**Timothy Riera**
**Acting District Director**

cc:   **Katie Stewart**
      **350 5th Ave**
      **New York, NY 10118**
      **Mario Brown**
      **Cushman Wakefield C/O Littler Mendelson, P.C.**
      **2301 MCGEE ST STE 800**
      **Kansas City, MO 64108**
      **Kara Deinlein**
      **350 5th Ave**
      **New York, NY 10118**

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

9/20/23

Dated                                                           Plaintiff's Signature

AUDRA        L.                           HARRIS

First Name                  Middle Initial        Last Name

105  W. 17th St    #2F

Street Address

NY                                     NY                          10011

County, City                                State               Zip Code

917 912 5215                                    AudrA47e_Hotmail.com

Telephone Number                                   Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes      ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7